## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 13, 2012

Mr. Eric Allan Buikema
Cardelli, Lanfear & Buikema
322 W. Lincoln Avenue
Royal Oak, MI 48067

Mr. Steven Woodward
7211 Brittwood Lane
Flint, MI 48507

Re: Case Nos. 12-1128/12-1584/12-1585/12-1738,
*American University of Antigua v. Steven Woodward*
Originating Case No. : 2:10-cv-10978

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc: Mr. David J. Weaver

Enclosure