**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 15, 2013

Mr. Eric Allan Buikema
Cardelli, Lanfear & Buikema
322 W. Lincoln Avenue
Royal Oak, MI 48067

Mr. Steven Woodward
7211 Brittwood Lane
Flint, MI 48507

Re: Case No. 12-1128/12-1584/12-1585/12-1738,
*American University of Antigua v. Steven Woodward*
Originating Case No. : 2:10-cv-10978

Dear Sirs,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc: Mr. David J. Weaver

Enclosure

Mandate to issue