## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 09, 2013

Mr. Steven Woodward
7211 Brittwood Lane
Flint, MI 48507

Re: Case No. 12-1128/12-1584/12-1585/12-1738, *American University of Antigua v. Steven Woodward*
Originating Case No. : 2:10-cv-10978

Dear Mr. Woodward,

The Court issued the enclosed Order today in these cases.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc:  Mr. Eric Allan Buikema

Enclosure